IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

HENRY SHANEVERYO ELLIS,

       Petitioner,

 v.

STATE OF FLORIDA,

       Respondent.

Case No.  5D23-919
LT Case No. 2017-CF-355-A

_____/

Opinion filed March 10, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Henry Shaneveryo Ellis, Raiford,
Petitioner.

No Appearance for Respondent.

PER CURIAM.

The Petitioner, Henry Shaneveryo Ellis, continues to raise the same claim, which has been considered on the merits, disposed of by the trial court, and reviewed in this Court on multiple occasions. The continuous attempts by this Petitioner to revisit this issue are frivolous and an abuse of this Court's process.

As such, the Petitioner is cautioned that any further pro se pleadings filed in this Court, asserting the claim raised in this case, regarding the sentence imposed in Lake County Circuit Case No. 2017-CF-355-A, may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.

MAKAR, JAY and MACIVER, JJ., concur.